946 A.2d 92

Vincent THOMAS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

April 30, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of April, 2008, the Order of the Commonwealth Court is AFFIRMED.